UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES VINCENT
ASHFORD, JR.,

        Plaintiff,

  v.

STATE OF OHIO, *et al.*,

        Defendants.

:

Case No. 2:25-cv-67
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Magistrate Judge Vascura's March 18, 2025 Report and Recommendation. (ECF No. 9.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge (i) allowed Plaintiff Charles Vincent Ashford, Jr. to proceed on his First Amendment retaliation claim against Defendant Teuge and (ii) recommended that the Court dismiss the balance of the Complaint for failure to state a claim. (*Id.*) Mr. Ashford timely filed objections to the Report and Recommendation. (ECF No. 10.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In his objections, Mr. Ashford tries to explain why he "included so many defendants" in his Complaint. He does so by alleging abuse at the hands of Messrs. Tatmon Sr., Hill, Ross, Alcorn, and Miller. But none of those individuals are named as Defendants in his Complaint or are discussed in the Report and Recommendation. As such, the objection does nothing to undermine the Magistrate Judge's reasoning or conclusion.

Mr. Ashford's Objection (ECF No. 10) is **OVERRULED**. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 9). With the exception of his First Amendment retaliation claim against Defendant Teuge, Mr. Ashford's claims are **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**